IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WINSTON CAMPBELL,
    Plaintiff,

v.                                                Case No.: 3:11cv326/RV/EMT

MICHAEL J. ASTRUE,
Commissioner of the Social Security
Administration,
    Defendant.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 11, 2012 (doc. 14).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED** based on a lack of jurisdiction.

3. The clerk is directed to close this file.

**DONE AND ORDERED** this 11th day of July, 2012.

                                                    /s/ *Roger Vinson*
                                                    **ROGER VINSON**
                                                    **SENIOR UNITED STATES DISTRICT JUDGE**